IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INMAR RX SOLUTIONS, INC.,** | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil No. 3:23-cv-2883 |
| **MERRICK B. GARLAND,** in his official capacity as U.S. Attorney General, **UNITED STATES DEPARTMENT OF JUSTICE, ANNE M. MILGRAM,** in her official capacity as Administrator of the Drug Enforcement Administration, and **UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,** | § § § § § § § § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff Inmar RX Solutions, Inc.'s Unopposed Motion to Stay Case Pending Resolution of Supreme Court Decision in *SEC v. Jarkesy*. After consideration, the Motion is **GRANTED**. Accordingly, the Court **ORDERS** as follows:

1. All proceedings in this action, including any requirements under Rules 26(f) or Rule 16, shall be stayed until the Supreme Court issues its decision in *SEC v. Jarkesy*, No. 22-859;

2. Defendants shall not be required to answer or respond to the lawsuit while the case is stayed;

3. Within 30 days of the Supreme Court's decision in *Jarkesy*, the parties shall submit a Joint Report to the Court, in which they will propose a new answer deadline for Defendants and address how the parties otherwise wish to proceed; and

-2-

4. Any party may move the Court to extend or lift the stay before it expires on its own terms, upon a showing of good cause.

**IT IS SO ORDERED.**

**SIGNED: April 26, 2024**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

-3-

**AGREED AS TO FORM:**

/s/   Simon G. Jerome
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

SIMON G. JEROME
D.C. Bar No. 1779245
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, D.C. 20005
(202) 514-2705
Simon.G.Jerome@usdoj.gov

COUNSEL FOR DEFENDANTS

/s/   Ryan J. Meyer
Gil M. Soffer (IL Bar No. 6201959)
  (admitted *pro hac vice)*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
gil.soffer@katten.com

Robert T. Smith (D.C. Bar No. 996033)
Timothy H. Gray (D.C. Bar No. 1720878)
  (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue NW – Suite 800
Washington, DC 20006
Telephone: (202) 625-3500
Facsimile: (202) 298-7570
robert.smith1@katten.com
timothy.gray@katten.com

Brandon N. McCarthy
State Bar No. 24027486
Ryan J. Meyer
State Bar No. 24088053
Ted A. Huffman
State Bar No. 24089015
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
brandon.mccarthy@katten.com
ryan.meyer@katten.com
ted.huffman@katten.com

COUNSEL FOR PLAINTIFF INMAR RX SOLUTIONS, INC.