IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| INMAR RX SOLUTIONS, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:23-cv-2883-E |
| MERRICK B. GARLAND *et al.*, | ) |
| *Defendants*. | ) |

**MOTION TO ACCEPT MOTION TO DISMISS**

Pursuant to the Court's April 26 Order, proceedings in this case are stayed. ECF No. 16. The parties have since negotiated an agreed (and later amended) briefing schedule, memorialized most recently in Plaintiff's Unopposed Amended Motion to Lift Stay and Set Briefing Schedule. ECF No. 19; *see also* Joint Status Report, ECF No. 17; Unopposed Motion to Lift Stay and Set Briefing Schedule, ECF No. 18. Defendants now respectfully request that, if the Court lifts the stay and sets the parties' proposed schedule for briefing, it accept the Motion to Dismiss (and accompanying memorandum and exhibits) tendered herewith as filed on September 6, 2024.

Dated: September 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Simon Gregory Jerome*
SIMON G. JEROME
Trial Attorney
D.C. Bar No. 1779245
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W., Room 12306
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8460
Email: Simon.G.Jerome@usdoj.gov

*Counsel for Defendants*