**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division**

| | |
|---|---|
| INMAR RX SOLUTIONS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v.   )<br>)<br>MERRICK B. GARLAND *et al.*, )<br>)<br>*Defendants*. )<br>_____) | No. 3:23-cv-2883-E |

### [PROPOSED] ORDER

Before the Court is Defendants' Motion to Accept Motion to Dismiss. Upon consideration of the motion, it is hereby granted. The Motion to Dismiss is accepted as having been filed on September 6, 2024.

**IT IS SO ORDERED.**

**SIGNED: _____ ____, 2024.**

_____
**Hon. Ada Brown
United States District Judge**