IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| INMAR RX SOLUTIONS, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-2883-E |
| | ) | |
| MERRICK B. GARLAND *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

### DEFENDANTS' MOTION TO DISMISS

Defendants hereby respectfully move to dismiss the Complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12.  The reasons for this motion are set forth in the accompanying Memorandum of Law, along with an exhibit.  A proposed order is also attached.

Dated:  September 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Simon Gregory Jerome*
SIMON G. JEROME
Trial Attorney
D.C. Bar No. 1779245
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W., Room 12306
Washington, DC 20005
Tel:  (202) 514-2705
Fax:  (202) 616-8460
Email:  Simon.G.Jerome@usdoj.gov

*Counsel for Defendants*