**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division**

| | |
|---|---|
| INMAR RX SOLUTIONS, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v.                                   ) <br> ) <br> MERRICK B. GARLAND *et al.*,   ) <br> ) <br> *Defendants*.              ) <br> _____ ) | No. 3:23-cv-2883-E |

## [PROPOSED] ORDER

Before the Court is Defendants' Motion to Dismiss. Upon consideration of the motion, and the entire record herein, the motion is granted, and this case is dismissed.

**IT IS SO ORDERED.**

**SIGNED: _____ ____, 2024.**

_____
**Hon. Ada Brown
United States District Judge**