# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **INMAR RX SOLUTIONS, INC.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil No. 3:23-cv-2883 |
| **PAMELA J. BONDI, in her official capacity as U.S. Attorney General,** *et al.*, | § § § § § | |
| *Defendants*. | § § | |

**PLAINTIFF INMAR RX SOLUTIONS, INC'S RESPONSE TO GOVERNENT'S NOTICE OF CHANGE IN POSITION**

The Government has now conceded that the adjudicative structure in which DEA ALJs exercise substantial executive power and discretionary authority over private parties is unconstitutional. *See* ECF No. 26-1.

The Government nonetheless persists in its argument that there is effectively *no remedy* for this constitutional violation because the burden when seeking injunctive relief requires an elaborate showing of "compensable harm." *See id.* As Inmar has explained, however, this reasoning cannot be reconciled with the Supreme Court's recognition in *Axon Enterprise, Inc. v. Federal Trade Commission*, 598 U.S. 175 (2023), that "subjection to an illegitimate proceeding, led by an illegitimate decisionmaker" is an "impossible to remedy," "here-and-now injury." *Id.* at 191-192; *see* ECF No. 23-1 at 5-11; ECF No. 21-2 at 35-37. As Inmar has also explained,

severability under these circumstances is not an appropriate remedy because it would require blue-penciling an elaborate scheme of civil service protection specifically crafted by Congress to *ensure* the protections the Government now concedes are unconstitutional. *See* ECF No. 23-1 at 21-26. As a result, this Court should enter an injunction until Congress enacts new legislation or the DEA promulgates new regulations that establish a constitutional administrative tribunal.

Dated: February 25, 2025

Brandon N. McCarthy
  (State Bar No. 24027486)
Ryan J. Meyer
  (State Bar No. 24088053)
Ted A. Huffman
  (State Bar No. 24089015)
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Ste. 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
brandon.mccarthy@katten.com
ryan.meyer@katten.com
ted.huffman@katten.com

Respectfully submitted,

*/s/ Robert T. Smith*
Robert T. Smith
  (D.C. Bar No. 996033)
Timothy H. Gray
  (D.C. Bar No. 1720878)
  (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Telephone: (202) 625-3500
Facsimile: (202) 298-7570
robert.smith1@katten.com
timothy.gray@katten.com

Gil Soffer
  (IL Bar No. 6201959)
  (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
gil.soffer@katten.com

COUNSEL FOR PLAINTIFF INMAR RX SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument is being served on counsel of record in accordance with the Federal Rules of Civil Procedure as of February 25, 2025.

                                                /s/ *Ryan J. Meyer*
                                                Ryan J. Meyer

## CERTIFICATE OF WORD COUNT

I hereby certify that this motion includes 206 words, not including the case caption, signature block, or certificates.

                                                /s/ *Ryan J. Meyer*
                                                Ryan J. Meyer