# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **INMAR RX SOLUTIONS, INC.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil No. 3:23-cv-2883 |
| **PAMELA J. BONDI, in her official capacity as U.S. Attorney General,** *et al.*, | § § § § § | |
| *Defendants*. | § § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-referenced action, by and through undersigned counsel, hereby stipulate to the dismissal of the action. Each party agrees to bear its own costs.

Dated: April 11, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Director
Federal Programs Branch


*/s/ Simon G. Jerome*
Simon G. Jerome
Trial Attorney
D.C. Bar No. 1779245

Respectfully submitted,

*/s/ Ryan J. Meyer*
Ryan J. Meyer
 (State Bar No. 24088053)
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Ste. 1100
Dallas, Texas 75201
Tel: (214) 765-3600
Fax: (214) 765-3602
ryan.meyer@katten.com

*Counsel for Plaintiff*

1

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8460
Simon.G.Jerome@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument is being served on counsel of record in accordance with the Federal Rules of Civil Procedure as of April 11, 2025.

                                              /s/ *Ryan J. Meyer*
                                              Ryan J. Meyer

## CERTIFICATE OF WORD COUNT

I hereby certify that this stipulation of dismissal includes 41 words, not including the case caption, signature block, or certificates.

                                              /s/ *Ryan J. Meyer*
                                              Ryan J. Meyer